IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMYA SPARGER-WITHERS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSHUA N. TAYLOR, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-2824-JRS-MG |

**DECLARATION OF AMYA SPARGER-WITHERS IN SUPPORT OF PLAINTIFF'S REPLY TO MOTION FOR CLASS CERTIFICATION**

I, Amya Sparger-Withers, being over the age of 18 and of competent mind, submit the following declaration in support of Plaintiff's Reply to Motion for Class Certification.

1. I am the Plaintiff in the above-captioned case, which was filed in November 2021 on behalf of both myself and all others similarly situated.

2. When I filed this case this past November, I was defending a civil-forfeiture action in Hancock County.

3. This past December, I received a check from the Town of McCordsville for the amount of money that was seized from me. Given that development, I am submitting this declaration to inform the Court that—even though my money has been returned—I intend to diligently pursue the interests of the class in this case.

4. I filed this case as a class action because I wanted to protect not just my own right to a financially disinterested prosecutor, but also because I want to help everyone else in Indiana facing the same violation of their rights.

5. From the beginning, I've understood that this case is about more than just me. That commitment has not changed at all, and I continue to take that responsibility very seriously.

6. I continue to believe that it was a violation of my rights to have to face prosecution by a prosecutor who stood to benefit financially from the case. I continue to believe others should not be subject to that kind of injustice.

7. Even before this case, I've been interested in our justice system and have felt that it's important that the system be fair to everyone involved. I also feel strongly about standing by my principles.

8. I intend to continue working with my lawyers to pursue the interests of the class members in this case. I am willing to put in the time and effort needed to represent the class, including making myself available for discovery and court hearings as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of February 2022.

_____
Amya Sparger-Withers