UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMYA SPARGER-WITHERS on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cv-02824-JRS-CSW |
| JOSHUA N. TAYLOR in his personal capacity and in his official capacity as civil-forfeiture prosecutor, BLACKFORD COUNTY PROSECUTING ATTORNEY in his official capacity, DEARBORN AND OHIO COUNTY PROSECUTING ATTORNEY in her official capacity, DECATUR COUNTY PROSECUTING ATTORNEY in his official capacity, FAYETTE COUNTY PROSECUTING ATTORNEY in her official capacity, FULTON COUNTY PROSECUTING ATTORNEY in his official capacity, GRANT COUNTY PROSECUTING ATTORNEY in his official capacity, HANCOCK COUNTY PROSECUTING ATTORNEY in his official capacity, HARRISON COUNTY PROSECUTING ATTORNEY in his official capacity, HENRY COUNTY PROSECUTING ATTORNEY in his official capacity, MARSHALL COUNTY PROSECUTING ATTORNEY in his official capacity, MIAMI COUNTY PROSECUTING ATTORNEY in his official capacity, MORGAN COUNTY PROSECUTING ATTORNEY in his official capacity, RUSH COUNTY PROSECUTING ATTORNEY in his official capacity, SHELBY COUNTY PROSECUTING ATTORNEY in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| STARKE COUNTY PROSECUTING ATTORNEY in her official capacity, | ) ) |
| WABASH COUNTY PROSECUTING ATTORNEY in his official capacity, | ) ) |
| | ) |
| Defendants. | ) |

## Final Judgment

Pursuant to the Order also issued this day, judgment is entered in favor of Defendants on all claims. Plaintiff, and the class she represents, shall take nothing by her Complaint. This is a **final judgment** under Federal Rule of Civil Procedure 58.

**SO ORDERED.**

Date: 02/07/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*

Deputy Clerk, U.S. District Court


J. Derek Atwood
INDIANA ATTORNEY GENERAL
derek.atwood@atg.in.gov

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Cynthia A. Bedrick
MCNEELY LAW LLP
CBedrick@McNeelyLaw.com

2

Robert M. Belden
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste 900
Arlington, VA 22203

Katelyn E. Doering
Office of IN Attorney General
katelyn.doering@atg.in.gov


Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Samuel B. Gedge
Institute for Justice
sgedge@ij.org

Michael N. Greensburg
INSTITUTE FOR JUSTICE
901 N. Glebe Rd, Ste 900
Arlington, VA 22203

Jill Gagnon Haddad
INDIANA ATTORNEY GENERAL
jill.haddad@atg.in.gov

Melinda Rebecca Holmes
INDIANA ATTORNEY GENERAL
melinda.holmes@atg.in.gov

J. Lee McNeely
McNeely Law LLP
LMcNeely@McNeelyLaw.com

Scott Aaron Milkey
MCNEELYLAW LLP
SMilkey@McNeelyLaw.com

Julia Catherine Payne
Alliance Defending Freedom
jpayne@adflegal.org

William N. Riley

RileyCate, LLC
wriley@rileycate.com

Anthony B. Sanders
Institute for Justice
asanders@ij.org

Sundeep Singh
RileyCate LLC
ssingh@rileycate.com