UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMYA SPARGER-WITHERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02824-JRS-CSW |
| | ) | |
| JOSHUA N. TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

This matter is before the Court on the (Dkt. No. 147) motion of Robert M. Belden of the Institute for Justice to withdraw his appearance on behalf of Plaintiff Amya Sparger-Withers and the certified class.

**IT IS ORDERED** by this Court that the appearance of Robert M. Belden of the Institute for Justice is withdrawn. The Clerk shall show that the appearance of **Robert M. Belden** is **WITHDRAWN** as of the date of this Order. The appearance of the remaining counsel for Plaintiff and the class will remain in effect.

**SO ORDERED.**

Dated: March 27, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel.

-1-